Sendo

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )   | Case No.: 5:07-CR-0088 VAP |
|---|---|
| Plaintiff,  ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v.  ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Francisco Rojas-Arriaga  ) | |
| Defendant.  ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

      (X)  information in the Pretrial Services Report and Recommendation

      (X)  information in the violation petition and report(s)

      (X)  the defendant's nonobjection to detention at this time

      ( )  other: _____

1

1         and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c).  This finding is based on the following:
6         (X)   information in the Pretrial Services Report and Recommendation
7         (X)   information in the violation petition and report(s)
8         (X)   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: May 12, 2014

                                                  SHERI PYM
                                                  United States Magistrate Judge